Susan J. Sheridan (State Bar Number: 108851)
Ian M. Silvers (State Bar Number: 247416)
Sheridan & Associates Law Corporation
655 University Avenue, Suite 110
Sacramento, California 95825
Telephone: (916) 488-5388
Facsimile: (916) 488-5387

Attorneys for
DON GRIESERT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON GRIESERT<br><br>Plaintiff,<br><br>vs.<br><br>DS WATERS OF AMERICA, INC., a California Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:08-CV-01411-FCD-DAD<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with

///

///

///

///

prejudice pursuant to Federal Rules of Civil Procedure Rule 41, subdivision (a)(1), in exchange for a waiver of costs and fees by Defendant.

Dated: December ___, 2008

____/s/______________________
Don Griesert
Plaintiff

Dated: December ___, 2008

_____/s/______________________
Susan J. Sheridan (SBN: 108851)
Attorneys for Plaintiff
Don Griesert

Dated: December ___, 2008

_____/s/_______________________
Ray McGillis on behalf of
Defendant DS Waters of America, Inc.

Dated: December ___, 2008

_____/s/_______________________
Alfred L. Sanderson (SBN: 186071)
Jason T. Cooksey (SBN: 208748)
Attorneys for Defendant
DS Waters of America, Inc.

**IT IS SO ORDERED.**

Dated: February 13, 2009

_______________________________
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE